to the Court of Appeals granted. Present—Smith, J.P., Centra, Fahey and Green, JJ.

■ WESTFIELD FAMILY PHYSICIANS, P.C., et al., Respondents, v HEALTHNOW NEW YORK, INC., Appellant. [878 NYS2d 926]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto and Pine, JJ.

■ In the Matter of PAUL HANSON, Petitioner, v A. LABRIOLA, Deputy Superintendent of Security, Orleans Correctional Facility, Respondent. (Appeal No. 2.) [878 NYS2d 926]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Fahey and Pine, JJ.

■ In the Matter of JAMES E. PENNINGTON, Appellant, v JAMES WOYTASH, MD, DDS, as Erie County Medical Examiner, Respondent. [878 NYS2d 926]—Motion for reargument denied. Present—Martoche, J.P., Smith, Fahey and Pine, JJ.

■ In the Matter of NEW YORK STATE DIVISION OF HUMAN RIGHTS, Petitioner, v VILLAGE PLAZA FAMILY RESTAURANT, INC., et al., Respondents. [878 NYS2d 926]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Pine and Gorski, JJ.

■ PATRICIA KNIERY, Individually and as Administratrix of the Estate of MICHAEL KNIERY, Deceased, Respondent, v COTTRELL, INC., Appellant, et al., Defendants. [878 NYS2d 926]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ In the Matter of COUNTRY SIDE SAND & GRAVEL INC., Appellant, v TOWN OF POMFRET ZONING BOARD OF APPEALS et al., Respondents. [878 NYS2d 926]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Centra, Fahey and Peradotto, JJ.

■ CATARACT SPORTS & ENTERTAINMENT GROUP, LLC, et al., Plaintiffs, v ESSEX INSURANCE COMPANY, Respondent, and FRANK STRANGIO et al., Appellants, et al., Defendant. [878 NYS2d 926]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRI L. BUNNELL, Defendant-Appellant. [877 NYS2d 709]—Motion for reargument granted to the extent that the appeal should be added to the calendar for the May 2009 Term of Court for counsel to address the question whether County Court erred in